**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leopoldo RIOS–CRUZ, Defendant– Appellant.**

**No. 06–40098 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 9, 2006.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael L. Herman, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Leopoldo Rios–Cruz raises arguments that are foreclosed by *United States v. Alfaro–Hernandez*, 453 F.3d 280, 282 (5th Cir.2006), which held that, for purposes of determining the propriety of a sentence imposed following the revocation of the defendant's supervised release, where the statutes under which the defendant was convicted did not specify the felony class, the felony classification of the defendant's underlying offense is determined by the section defining the offense, not from the maximum Sentencing Guidelines sentence as calculated by the district court and applicable to the defendant. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.